3. The other special exceptions are without substantial merit. The long-established reputation of the room in which the gaming was conducted, the means of access thereto through the connecting door of the defendant's room, and the other circumstances proved on the trial, warranted the verdict, and the trial judge did not err in overruling the motion for a new trial.                                    . *Judgment affirmed.*

DECIDED JULY 31, 1916.

Accusation of keeping gaming-house; from city court of Columbus—Judge Tigner.    May 13, 1916.

*T. T. Miller,* for plaintiff in error.

*T. H. Fort, solicitor,* contra.

---

· 7549.   TEMPLES *v.* THE STATE.

BROYLES, J.   1. Under the facts of this case there was no error in the following charge to the jury:   "I charge you that where property has been shown to have been stolen, and shortly thereafter the same property is found in the possession of the defendant, in a criminal case, the jury may draw an inference that the defendant is the guilty party, unless the defendant explains his possession, if found in possession of such property, to the satisfaction of the jury,—that his possession was innocent rather than criminal."

2. There was some evidence to support the verdict; and it having been approved by the trial judge, this court will not interfere.

*Judgment affirmed.    Hodges, J., dissents.*

DECIDED JULY 31, 1916.

Accusation of larceny; from city court of Columbus—Judge Tigner.    May 6, 1916.

*T. T. Miller,* for plaintiff in error.

*T. H. Fort, solicitor,* contra.

---

7550.   TEMPLES *v.* THE STATE.

BROYLES, J.   This case is controlled by the decision of this court in *Temples* v. *State,* ante, 510.        *Judgment affirmed.    Hodges, J., dissents.*

DECIDED JULY 31, 1916.

Accusation of larceny from house; from city court of Columbus—Judge Tigner.    May 6, 1916.

*T. T. Miller,* for plaintiff in error.

*T. H. Fort, solicitor,* contra.